IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-cv-01509 |
| v. | ) | |
| | ) | Judge Donetta W. Ambrose |
| MCAR, Inc., | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rita Pugh, by and through her undersigned counsel, hereby stipulates under Rule 41 of the Federal Rules of Civil Procedure for the dismissal, with prejudice, of the entirety of the Complaint.

Dated: May 23, 2007

Respectfully submitted,

/s/ John David Newborg

/s/ James F. Glunt
BUCHANAN INGERSOLL & ROONEY PC

John David Newborg, Esquire
Pa I.D. #22276
jdnewborg@aol.com

Terrence H. Murphy
Pa. I.D. #36356
terrence.murphy@bipc.com

428 Forbes Avenue
Suite 220
Pittsburgh, Pa 15219
Phone: (412) 281-1106

James F. Glunt
Pa. I.D. #85555
jay.glunt@bipc.com

Counsel for Plaintiff

20th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1410
Phone: (412) 392-2044/(412) 562-8449
Fax: (412)-562-1041

Counsel for Defendant

*It is so Ordered*
*Donetta H. Ambrose*

5/30/07